In the Matter of MARTIN SANDERS et al., Respondents, against JOHN E. DAVIDSON et al., Formerly Constituting the Board of Appeals of the Village of Hempstead, and ARCHIBALD G. PATTERSON, Individually, Appellants, and HOWARD S. BROWER et al., Now Constituting Such Board of Appeals, et al., Respondents.

Argued November 14, 1940; decided December 31, 1940.

*Leo Fischel* for Archibald G. Patterson, appellant.

*James N. Gehrig* for John E. Davidson et al., appellants.

*Milton Pinkus* and *Thomas F. Hyland* for respondents.

On appeal by Patterson: Order affirmed, with costs. On appeal by Board of Zoning Appeals as formerly constituted: Appeal dismissed, with costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.